UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY OF AMERICA, and successor to ROYAL GLOBE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R AND L BUSINESS MANAGEMENT, formerly known as STOCKTON PLATING, INC., a California corporation; JOHN R. CLARK, an individual; ESTATE OF NICK SMITH, deceased; the CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>　　　　Defendants. | No. 2:21-cv-00397-WBS-JDP<br><br>ORDER |

----oo0oo----

Pursuant to the discussion with the parties at the status conference held March 9, 2021, in the related matter <u>City of West Sacramento v. R and L Business Management</u>, Case No. 2:18-cv-900-WBS-JDP, the parties in this matter have requested a

1

settlement conference with Magistrate Judge Edmund F. Brennan, who conducted a settlement conference with the parties in the related matter and facilitated the settlement that was eventually reached.

The parties shall contact the Judge Brennan's courtroom deputy to schedule a settlement conference. Each party is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.

No later than 12:00 p.m. (noon) seven calendar days before the settlement conference, counsel for each party shall submit a Confidential Settlement Conference Statement via email to EFBorders@caed.uscourts.gov. The parties may agree, or not, to serve each other with the Confidential Settlement Conference Statements. The Confidential Settlement Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

IT IS SO ORDERED.

Dated: March 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2