UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY OF AMERICA, and successor to ROYAL GLOBE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>*Defendant.* | Case No. 2:21-CV-00397-WBS-JDP<br><br>ORDER RE: JOINT STIPULATION RE: SCHEDULING ORDER<br><br>ECF No. 33 |
| AND RELATED COUNTER-CLAIM | |

Based upon the parties' stipulation, ECF No. 33, the court hereby orders that the scheduling order shall be modified as follows:

1. The settlement conference will be taken off calendar and will be rescheduled at the Final Pretrial Conference per the scheduling order;

2. Affirmative expert reports will be exchanged on October 4, 2021;

3. Rebuttal expert reports will be exchanged on October 18, 2021; and

4. All discovery will be completed by November 1, 2021.

Furthermore, if a party seeks discovery pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) or (D), the party seeking discovery shall pay the expert a reasonable fee, in the amount the retaining party actually pays that expert, pursuant to Federal Rule of Civil Procedure 26(b)(4)(E) for responding to discovery as soon as reasonably practicable after the expert provides a fee invoice.

IT IS SO ORDERED.

Dated:  July 27, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE