ALEXANDER E. POTENTE, State Bar No. 208240
alex.potente@clydeco.us
BRIAN D. HARRISON, State Bar No. 157123
brian.harrison@clydeco.us
DAVID RHODES State Bar No. 214493
david.rhodes@clydeco.us CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff and Counter-defendant,
ARROWOOD INDEMNITY COMPANY,
formerly known as ROYAL INSURANCE
COMPANY OF AMERICA, and successor to
ROYAL GLOBE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY OF AMERICA, and successor to ROYAL GLOBE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERACTION(S) | Case No. 2:21-CV-00397-WBS-JDP<br><br>**ORDER CONCERNING EXTENDING THE DEADLINE FOR EXPERT DEPOSITIONS FOUR DAYS TO ACCOMMODATE EXPERT SCHEDULES**<br><br>**Hon. William B. Shubb** |

1    Based upon the parties' stipulation, for good cause shown, the Court hereby orders that the
2  scheduling order shall be modified to accommodate the schedules of expert witnesses and allow
3  them to be deposed on or before November 5, 2021.

IT IS SO ORDERED.

Dated: October 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE