Bret A. Stone SBN 190161 BStone@PaladinLaw.com
Brian R. Paget SBN 168694 BPaget@PaladinLaw.com
Melanie A. Mariotti SBN 309000 MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone: (805) 898-9700
Facsimile: (805) 852-2495

Special Assistant City Attorneys
for the City of West Sacramento

Counsel for City of West Sacramento

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY OF AMERICA, and successor to ROYAL GLOBE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>*v.*<br><br>CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>*Defendant.*<br><br>AND RELATED COUNTER-CLAIM | Case No. 2:21-CV-00397-WBS-JDP<br><br>DECLARATION OF BRET A. STONE IN SUPPORT OF CITY OF WEST SACRAMENTO'S OPPOSITION TO ARROWOOD'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Hon. William B. Shubb |

I, Bret A. Stone, hereby declare as follows:

I am an attorney in good standing, and am licensed to practice law in all of the courts in the State of California. I am a partner with the law firm of Paladin Law Group® LLP, which represents The City of West Sacramento in this litigation. As a result of my work on Defendants' behalf, I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so.



1. Attached as **EXHIBIT 1** is a true and correct copy of excerpts of the deposition of John Clark taken in the Underlying Action, *City of West Sacramento et al. v. R and L Business Management et al.*, U.S. District Court, E.D. Cal., No. 2:18-cv-00900-WBS-EFB on June 7, 2019.

2. Attached as **EXHIBIT 2** is a true and correct copy of excerpts of the deposition of John Clark taken in the Underlying Action, on August 7, 2020.

3. Attached as **EXHIBIT 3** is a true and correct copy of excerpts of the deposition of John Clark taken in this action, on August 4, 2021.

4. Attached as **EXHIBIT 4** is a true and correct copy of excerpts of the deposition of John Clark taken in this action, on September 3, 2021.

5. Attached as **EXHIBIT 5** is a true and correct copy of excerpts of the deposition of Richard Leland taken in the Underlying Action, on June 6, 2019.

6. Attached as **EXHIBIT 6** is a true and correct copy of excerpts of the deposition of Richard Leland taken in the Underlying Action, on August 7, 2020.

7. Attached as **EXHIBIT 7** is a true and correct copy of excerpts of the deposition of Richard Leland taken in the Underlying Action, on August 8, 2020.

8. Attached as **EXHIBIT 8** is a true and correct copy of excerpts of the deposition of Robert Bennett taken in this action, on July 28, 2021.

9. Attached as **EXHIBIT 9** is a true and correct copy of Anne Farr's expert report dated October 4, 2021.

10. Attached as **EXHIBIT 10** is a true and correct copy of Anne Farr's expert rebuttal report dated October 18, 2021.

11. Exhibit 11 is purposely left blank.

12. Exhibit 12 is purposely left blank.

13. Attached as **EXHIBIT 13** is a true and correct copy of excerpts of the deposition of Anne Farr taken in this action, on November 5, 2021.

14. Attached as **EXHIBIT 14** is a true and correct copy of the Evidentiary Hearing Transcript from Day 1 taken in the Underlying Action dated August 25, 2020.



15. Attached as **EXHIBIT 15** is a true and correct copy of the Evidentiary Hearing Transcript from Day 2 taken in the Underlying Action dated August 26, 2020.

16. Attached as **EXHIBIT 16** is a true and correct copy of the Evidentiary Hearing Transcript from Day 3 taken in the Underlying Action dated August 27, 2020.

17. Attached as **EXHIBIT 17** is a true and correct copy of excerpts of Thomas Delfino's deposition taken on November 4, 2021.

18. Attached as **EXHIBIT 18** is a true and correct copy of Photos from May 2, 1986 DTSC Inspection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of November 2021 in the County of Santa Barbara.

                                          ____*/s/* __*Bret A. Stone*_____
                                                            Bret A. Stone

