ALEXANDER E. POTENTE, State Bar No. 208240
alex.potente@clydeco.us
BRIAN D. HARRISON, State Bar No. 157123
brian.harrison@clydeco.us
DAVID RHODES State Bar No. 214493
david.rhodes@clydeco.us CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff and Counter-defendant,
ARROWOOD INDEMNITY COMPANY,
formerly known as ROYAL INSURANCE
COMPANY OF AMERICA, and successor to
ROYAL GLOBE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY OF AMERICA, and successor to ROYAL GLOBE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERACTION(S) | Case No. 2:21-CV-00397-WBS-JDP<br><br>**ORDER RE STIPULATED REQUEST RE DEADLINES TO FILE REPLY PAPERS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Hon. William B. Shubb** |

Based upon the parties' stipulation, for good cause shown, the Court hereby orders that: (1) the deadline for the parties to file reply papers on their pending cross-motions for summary judgment ([ECF 41, 48]) is no longer December 6, 2021; and (2) the parties' new deadline to file their reply papers on their cross-motions for summary judgment will be **December 9, 2021**.

IT IS SO ORDERED.

DATED: DECEMBER 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE