UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation, formerly known as ROYAL INSURANCE COMPANY, and successor to ROYAL GLOBE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF WEST SACRAMENTO; and ROES 1-50, inclusive,<br><br>                Defendants. | No. 2:21-cv-00397 WBS JDP<br><br>ORDER |

----oo0oo----

After the court granted plaintiff Arrowood Indemnity Company's Motion for Summary Judgment and entered final judgment (Docket Nos. 41, 48, 70-71), Arrowood submitted a cost bill totaling $4,678.55. (Docket No. 73.)  Local Rule 292(c) provided defendant City of West Sacramento with seven days from the date of service to object, and the City filed no objections to the bill of costs.

1

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees-- should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Arrowood has requested $4,678.55 in costs based on services that were actually and necessarily performed, specifically the payment of filing fees to initiate this action and payments to court reporters for depositions, including obtaining transcripts. After reviewing the bill, and in light of the fact that defendant City of West Sacramento has not objected, the court finds the requested costs to be reasonable. Accordingly, costs of $4,678.55 will be allowed for plaintiff Arrowood and are taxed against defendant City of West Sacramento.

IT IS SO ORDERED.

Dated: February 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE